NATIONAL UNION FIRE INSURANCE COMPANY OF PITTS-

BURGH, Appellant, v DUNLOP TIRE CORPORATION et al., Respondents. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see, Frost v Halvorsen,* 100 AD2d 608). (Appeal from Order of Supreme Court, Erie County, Rath, Jr., J.—Declaratory Judgment.) Present—Doerr, J. P., Denman, Green, Balio and Davis, JJ.